SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Travis County District Judge Jan Soifer
P.O. Box 1748
Austin, TX 78767
1:24-cv-01271-DAE
Petition and Order



9590 9402 8990 4064 4041 09

2. Article Number *(Transfer from service label)*

7021 2720 0002 1466 7948

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X   Daryl Fisher
☐ Agent
☐ Addressee

B. Received by *(Printed Name)* Daryl Fisher

C. Date of Delivery


AUSTIN DOWNTOWN
OCT 28 2024
78701

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Case 1:24-cv-01271-DAE  Document 18  Filed 11/04/24  Page 2 of 2

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 8990 4064 4041 09

United States Postal Service

RECEIVED
NOV 0 4 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
DEPUTY CLERK

• Sender: Please print your name, address, and ZIP+4® in this box•

SCREENED BY CSO

NOV 0 4 2024

Clerk, U.S. District Court
501 W. 5th Street, Suite 1100
Austin, Texas 78701

**FILED**
November 04, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Christian Rodriguez
DEPUTY